THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Donald Burton, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal from Spartanburg County
Roger L. Crouch, Circuit Court Judge
Michael G. Nettles, Post-Conviction Relief
 Judge
Memorandum Opinion No. 2009-MO-043
Submitted August 6, 2009  Filed August
 10, 2009
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of the South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and
 Assistant Attorney General Michelle J. Parsons, all of the Office of the
 Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant the petition for a writ of certiorari, dispense with further briefing,
 and proceed with a review of the direct appeal issue pursuant to Davis v.
 State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Counsel
 for petitioner has filed a brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and a petition to be relieved as counsel.  Petitioner has not
 filed a pro se response.  After a thorough review of the record
 pursuant to Anders, we dismiss the direct appeal issue and grant the
 petition to be relieved as counsel.
DISMISSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.